**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1830**

VICTOR L. PADILLA,

        Plaintiff - Appellant,

    v.

ROY O. PRIEST; OTHERS,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:13-cv-00287-CMH-IDD)

Submitted: October 21, 2013      Decided: October 23, 2013

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor L. Padilla, Appellant Pro Se. Michael Jay Weiser, Alexandria, Virginia, for Appellee Roy O. Priest.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor L. Padilla appeals the district court's order dismissing his complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Padilla v. Priest</u>, No. 1:13-cv-00287-CMH-IDD (E.D. Va. filed June 25, 2013, and entered June 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>